UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23770-CIV- MOORE/SIMONTON
**CONSENT CASE**

MAS FLOW, INC, LT's BENJAMIN RECORDS
INC., and FRANCISCO SALDANA,

    Plaintiffs,

v.

MACHETE MUSIC and,
UMG RECORDINGS, INC.,

    Defendants.
_____/

UMG RECORDINGS, INC.,

    Counter-Plaintiff,

v.

MAS FLOW, INC, LT's BENJAMIN
RECORDS, INC., and FRANCISCO
A. SALDANA FERNANDEZ, p/k/a "Luny"

    Counter-Defendants.
_____/

## ORDER DENYING PENDING DISCOVERY MOTIONS

Presently pending before the Court are: Plaintiff LT Benjamin's Renewed Motion to Compel Better Interrogatory Responses (DE # 104); Plaintiffs' Renewed Motion to Compel Production of Documents and Interrogatory Responses Based on Plaintiffs' Ownership Interests in Various Master Recordings (DE # 105); Plaintiffs' Consolidated Renewed Motion to Compel Production of Documents (DE # 106); Plaintiff Saldana's Renewed Motion to Compel Better Interrogatory Responses (DE # 107) and Defendant's Motion for Protective Order Under Federal Rule of Civil Procedure 26(c) (DE # 108).

At the September 16, 2010 Discovery Hearing, the parties agreed that in order to

resolve these pending motions, if they believed it was necessary for the Court to enter an Order which set forth any of the interim oral rulings that had been made at discovery hearings, then by October 1, 2010, the parties would submit a proposed joint order covering any discovery disputes that had been resolved either because of prior rulings or agreement of the parties. The undersigned also ordered that a renewed motion to compel should be filed with respect to any unresolved discovery issues, including Interrogatory 11 (DE # 149).

On October 7, 2010, the parties submitted their Second Joint Report concerning the status of discovery issues.[1] The Report stated that 1) the issues involving Defendant UMG's answers to Plaintiff Saldana's Revised First Set of Interrogatories had been resolved; 2) on October 12, 2010, Defendant Machete would serve amended and restated responses to Plaintiff LT's most recent set of interrogatories, and on October 18, 2010, LT would present to the Court its position with respect to these responses; 3) LT's Interrogatories Nos. 5 and 11 continued to be held in abeyance; and 4) the parties had not resolved their disputes regarding accountings for the reproduction/remixing of various Master Recordings (DE # 159). LT has not presented to the Court any objections to Machete's responses to LT's most recent set of interrogatories. None of the parties have filed renewed motions to compel regarding any unresolved discovery issues discussed in the above motions and considered at the September 16, 2010 Discovery Hearing, and any such renewed motions were due to be filed more than one month ago.[2]

---

[1] The Court granted the parties' stipulated motion to file the proposed joint order on status of discovery disputes on or before October 7, 2010 (DE # 158)

[2] The only discovery motion filed after October 7, 2010, Defendant Machete's Motion to Compel (DE # 163, filed November 11, 2010), does not raise any issues regarding any unresolved discovery issues discussed in the above motions and considered at the September 16, 2010 Discovery Hearing.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff LT Benjamin's Renewed Motion to Compel Better Interrogatory Responses (DE # 104); Plaintiffs' Renewed Motion to Compel Production of Documents and Interrogatory Responses Based on Plaintiffs' Ownership Interests in Various Master Recordings (DE # 105); Plaintiffs' Consolidated Renewed Motion to Compel Production of Documents (DE # 106); Plaintiff Saldana's Renewed Motion to Compel Better Interrogatory Responses (DE # 107) and Defendant's Motion for Protective Order Under Federal Rule of Civil Procedure 26(c) (DE # 108), are **DENIED** as moot, without prejudice.

**DONE AND ORDERED** in chambers in Miami, Florida, on November 23, 2010.

S

*Andrea M. Simonton*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
All counsel of record